IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WEST CHESTER DESIGN BUILD, LLC, d/b/a COCOON COMPANIES** | : : : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | No. 22-1911 |
| v. | : | |
| | : | |
| **PHILIP MOSES and ONE TWENTY ONE DESIGN & BUILD, LLC** | : : | |
| Defendants. | : | |

## ORDER

AND NOW, this 27th day of October, 2022, upon consideration of Defendants Philip Moses and One Twenty-One Design & Build, LLC's Motion to Dismiss Counts II-V of Plaintiff's Amended Complaint (ECF 11) and Plaintiff West Chester Design Build LLC d/b/a COCOON Companies' Response (ECF 13), and for the reasons set forth in the accompanying Memorandum of Law, it is **ORDERED** that Defendants' motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** with respect to COCOON's DTSA claim and Count V of the Amended Complaint is **DISMISSED**. If COCOON is able to allege sufficient facts to show its alleged Confidential Information was used in or intended to be used in interstate commerce, it may file a Second Amended Complaint, if any, on or before **Monday, November 7, 2022**. If it intends to stand on the claims in its Amended Complaint, it shall so inform the Court on or before that date;

2. The Motion is **DENIED** in all other respects.

2

It is **FURTHER ORDERED** that, because West Chester Design Build, LLC d/b/a COCOON Companies filed an Amended Complaint (ECF 7), the Motion to Dismiss filed at ECF 4 is **DISMISSED as MOOT**.

                                             **BY THE COURT:**

                                             **Berle M. Schiller, J.**